CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT - 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:19CR50 |
| JOHN BENJAMIN WEBB | : Violations: 18 U.S.C. §§ 922(g), 922(i), 922(j) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about July 15, 2019, in the Western District of Virginia and elsewhere, JOHN BENJAMIN WEBB, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms:

   a) Savage, model 30B, 20 Gauge Shotgun;

   b) Remington, model 700, .223 caliber Rifle;

   c) Interarms, model X, .220 caliber Rifle; and

   d) Mossberg, model Maverick 88, 12 Gauge Shotgun;

in and affecting interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

The Grand Jury charges that:

1. On or about July 15, 2019, in the Western District of Virginia and elsewhere, JOHN BENJAMIN WEBB, knowingly possessed and sold the following stolen firearms:

   a) Savage, model 30B, 20 Gauge Shotgun;

   b) Remington, model 700, .223 caliber Rifle;

c) Interarms, model X, .220 caliber Rifle; and

d) Mossberg, model Maverick 88, 12 Gauge Shotgun;

which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

2. All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT THREE

The Grand Jury charges that:

1. On or about July 15, 2019, in the Western District of Virginia and elsewhere, JOHN BENJAMIN WEBB, knowingly transported and shipped in interstate commerce, from West Virginia, to Virginia, the following stolen firearms:

a) Savage, model 30B, 20 Gauge Shotgun;

b) Remington, model 700, .223 caliber Rifle;

c) Interarms, model X, .220 caliber Rifle; and

d) Mossberg, model Maverick 88, 12 Gauge Shotgun;

knowing and having reasonable cause to believe the firearms were stolen.

2. All in violation of Title 18, United States Code, Sections 922(i) and 924(a)(2).

A TRUE BILL, this ___8___ day of October, 2019.

/s/Grand Jury Foreperson

*Thomas Cullen by LLB*
THOMAS T. CULLEN
United States Attorney